**SWORN AFFIDAVIT OF EVIDENCE SUPPRESSION & PROCEDURAL FRAUD**
**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

Mike Frederick Bwondara,
Plaintiff,
v.
Tarrant County, Texas et al.,
Defendants.
**CASE NO. 4:25-cv-813-Y**

**STATE OF TEXAS**
**COUNTY OF TARRANT**

I, Mike Frederick Bwondara, being duly sworn, declare under penalty of perjury:

1. **ARMSTRONG LAB EVIDENCE DESTRUCTION**
  > "Armstrong Lab LLC will purge Server #DWI-TX4 data on **August 7, 2025** per standard forensic retention policies, destroying metadata proving:
  > - Evidence fabrication in 10+ DWI cases
  > - Chain-of-custody violations
  > *(Industry Standard: ISO 17025 mandates 90-day retention)*"

2. **UNLAWFUL PROBATION FEES**
  > "Tarrant County CSCD charged **$318 on July 22, 2025** for IID calibration despite:
  > - Judge Bolton's indigency order (7/11/2025, Cause 1845317)
  > - **Threatened revocation** for non-payment
  > *Violation: Tex. Code Crim. Proc. Art. 42.15(h)*"

3. **CLERK FRAUD ON THE COURT**
  > "Clerk Clarissa Hodges:
  > a. **Fraudulently 'reinstated' appeal** (02-25-00148-CR) on 8/1/2025 **without initial record**
  > b. **Suppressed exculpatory testimony**:
  >    - Bolton's bias admission (*'Wren Busby was my daughter's biology tutor'*)
  >    - Armstrong's evidence tampering proof
  > c. **Filed supplemental records** (7/30/2025) while withholding initial record
  > *Violation: 18 U.S.C. § 1512(c)(1) + Tex. R. App. P. 34.6(c)*"

4. **APPELLATE COURT BAD FAITH**
  > "Second Court of Appeals:
  > a. **Enforced impossible 8/11/2025 deadline** for record they suppressed
  > b. **Denied all motions** citing 'incompleteness' they created
  > c. **Ignored $2,940 invoice** proving record existence
  > *Violation: Due Process Clause, 14th Amendment*"

**FURTHER AFFIANT SAYETH NOT.**
_____
**Mike Frederick Bwondara**

**SUBSCRIBED AND SWORN** before me this 4th day of August 2025.



LAMPHONE VORACHITH
Notary ID #133423035
My Commission Expires
November 1, 2025