IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MIKE FREDERICK BWONDARA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00813-O-BP |
| | § | |
| **TARRANT COUNTY, TEXAS,** *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DISSMISSES** Plaintiff's Complaint **WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED** on this **10th day** of **November, 2025**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE